# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY WILLIAMS,**<br>Plaintiff**,**<br>vs.<br>**WELLS FARGO BANK,**<br>Defendant**.** | CASE NO. 18-cv-02831-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On July 17, 2018, the Court issued its Order Adopting Report And Recommendation; Denying Application To Proceed In Forma Pauperis And Ordering Plaintiff To Pay Filing Fee (Dkt. No. 10.) That Order required plaintiff Gregory Williams to pay the $400.00 filing fee no later than July 31, 2018, in order to proceed with this action. That Order further warned plaintiff that "[f]ailure to do so will result in dismissal of this action for failure to prosecute." (*Id*.)

As of August 8, 2018, plaintiff had not paid the filing fee. Therefore, this action is **DISMISSED** for failure to prosecute.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**